**Order entered January 24, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00167-CV

### SARAH GREGORY AND NEW PRIME, INC., Appellants

### V.

### JASWINDER CHOHAN, ET AL AND ALMA J. PERALES, ET AL, Appellees

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-02925-E**

## ORDER

Before the Court is appellants' January 22, 2019 unopposed motion for an extension of time to file a reply brief. We **GRANT** appellants' motion and **ORDER** appellants to file their reply brief by **February 25, 2019**.

/s/ BILL WHITEHILL
   JUSTICE